UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-mj-3455-Turnoff

UNITED STATES OF AMERICA

vs.

JOSE RONILTO LINO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ANNE P. McNAMARA
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501847
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9213
FAX (305) 530-7976
Anne.McNamara@usdoj.gov

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

JOSE RONILTO LINO

**CRIMINAL COMPLAINT**

CASE NUMBER: 15-mj-3455 Turnoff

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 7, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JOSE RONILTO LINO, did knowingly possess and use and attempt to use a United States visa, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about November 7, 2015, the defendant, JOSE RONILTO LINO, arrived at Miami International Airport aboard American Airlines Flight #992 from Belo Horizonte, Brazil. The defendant presented a Brazilian passport and a U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers discovered that the Brazilian passport and U.S. visa submitted by JOSE RONILTO LINO were genuine. However, the U.S. visa had been obtained with fraudulent statements made by the defendant. The application for a non-immigrant visa asks "Have you ever been in the United States?" The defendant answered "No." A records check revealed that JOSE RONILTO LINO departed the United States on April 28, 2011, although there was no indication of how he entered the United States. The defendant admitted to Officers of CBP that he entered illegally without inspection through the Mexican border and that he paid an individual $8,000 (USD) to facilitate his crossing into the United States. The defendant also admitted that he did not disclose his prior unlawful presence in the United States to the consular's office because if he had been truthful he would not have obtained the U.S. visa.

NARCISO FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

NOVEMBER 9, 2015 at Miami, Florida
Date                          City and State

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer